# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Lucia Ripley

CASE/CITATION NO. 3:19-mj-0011 DMC

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 5-28-2019            _____
                           DEFENDANT'S SIGNATURE

You are hereby placed on Summary Court probation for 5 years.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

[X] Fine: $ ___0___ and a penalty assessment of $ (2x$25) $50 for a TOTAL AMOUNT OF: $ 50.00 within 7 days/~~months; or payments of $~~ ~~per month, commencing~~ _____ ~~and due on the~~ _____ ~~of each month until paid in~~ full.

[X] Restitution: $1,000 to Bureau of Land Management within 7 days
( ) Community Service 6640 Lockheed Drive              with fees not to exceed $ _____
    completed by Redding, CA 96002

During the term of probation you are prohibited from entering federal lands for 5 years including but not limited to BLM, USFS, and Nat'l Parks

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(check one):

[ ] CENTRAL VIOLATIONS BUREAU
    PO BOX ~~71383~~ 780549
    ~~PHILADELPHIA, PA 19176-1363~~
    1-800-827-2982 San Antonio, TX
    or            78278
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] CLERK, USDC
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[X] CLERK, USDC
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Defendant is ordered released from custody.

Your check or money order must indicate your name and ~~case/citation~~ number shown above to ensure your account is credited for payment ~~received~~.

Date: May 28 2019           _____
                            U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                EDCA-3